```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION
```

JAMES WINDING, #K8115                                          PLAINTIFF

VS.                             CIVIL ACTION NO. 5:12-cv-88(DCB)(JMR)

LILLIE BLACKMON SANDERS;
ADAMS COUNTY JAIL; CRAIG GODBOLD;
KEVIN COLBERT; NATCHEZ POLICE DEPARTMENT;
CHRISTOPHER EPPS; and RONNIE HARPER                           DEFENDANTS

<u>ORDER</u>

This cause is before the Court on the plaintiff James Winding's Motion to Arrest Order #86 Based upon Mail Box Rule **(docket entry 87)**. Being fully advised in the premises, the Court finds that the Final Judgment dismissing this case with prejudice was entered on March 6, 2013. The plaintiff did not file a notice of appeal within 30 days of the entry of judgment, and did not timely file a Rule 59(e) motion nor a Rule 60(b) motion. To the extent that the present pleading can be construed as a motion to reopen this civil case, it must be denied for the same reasons the plaintiff's previous motions to reopen this case were denied. <u>See</u> docket entries 82 and 86. Accordingly,

IT IS HEREBY ORDERED that the plaintiff James Winding's Motion to Arrest Order **(docket entry 87)** is DENIED as untimely.

SO ORDERED, this the 23rd day of March, 2016.

                                    /s/ David Bramlette
                                    UNITED STATES DISTRICT JUDGE